# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| POLICY AND RESEARCH, LLC, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HEALTH AND ) <br> HUMAN SERVICES, *et al.* ) <br> ) <br> Defendants. ) <br> ) | No. 1:18-cv-346 (KBJ) |

## ORDER

Consistent with the Court's oral ruling today, it is hereby

**ORDERED** that [6] Plaintiffs' motion for summary judgment is **GRANTED**, and that [13] Defendants' cross motion to dismiss or for summary judgment is **DENIED**. It is

**FURTHER ORDERED** that HHS's decision to shorten the project period for Plaintiffs' projects is **VACATED** and that HHS shall accept and process Plaintiffs' applications as if it had not terminated the Plaintiffs' federal awards.

The effective date of this Order is stayed until April 26, 2018, after which it will become a final appealable Order without further action from this Court.

DATE: April 19, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge